HAZLEWOOD v. HEMINWAY, appellant.

*Witness — cross-examination — leading questions.*

Leading questions may always be asked of an adversary's witness on cross-examination. They are generally discretionary, when put to the party's own witness; and where they are, in fact, objectionable, the objection will be regarded as waived if not made in time and before the answer, so that the objection might have been obviated.

Such an objection should not be entertained or allowed to prevail after the execution and return of a commission, unless, in any view, the objection was

previously made, on the settlement of the interrogatories annexed to the commission.

APPEAL from a judgment entered upon the report of a referee in favor of plaintiff. The action was brought by John Hazlewood against George G. Heminway, to recover for work, labor and services under a special contract.

*L. H. Brown*, for appellant.

*E. B. Hawes*, for respondent.

E. DARWIN SMITH, J.

The case depended upon a single question of fact, and the head-note contains all that is material for publication in the opinion.

*Judgment affirmed.*